IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                               )   2:12-cv-01684-GEB-KJN
           Plaintiff,  )
                                               )   <u>ORDER CONTINUING STATUS</u>
     v.                                     )   <u>(PRETRIAL SCHEDULING)</u>
                                               )   <u>CONFERENCE</u>
OREPLEX INTERNATIONAL, LLC,  )
                                               )
           Defendant.  )
_____ )

        The Status (Pretrial Scheduling) Conference scheduled for hearing on October 29, 2012, is continued to April 15, 2013, at 9:00 a.m. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

        IT IS SO ORDERED.

Dated: October 23, 2012

                                              _____
                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge