IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>OREPLEX INTERNATIONAL, LLC,<br><br>        Defendant. | 2:12-cv-01684-GEB-AC<br><br>ORDER OF DEFAULT JUDGMENT, EXPUNGEMENT AND PERMANENT INJUNCTION* |

        Upon review of Plaintiff's pending motion, and for good case shown, the Court hereby enters default judgment against Defendant Oreplex International, LLC, adjudicating and determining:

    A.    Defendant has failed to plead or otherwise defend this case. The Court deems the Defendant to have admitted the allegations in the United States' Complaint.

    B.    Plaintiff has demonstrated that the entry of this permanent injunction is necessary and appropriate to the enforcement of the internal revenue laws. 26 U.S.C. § 7402(a).

    C.    Plaintiff has demonstrated that continued filings of frivolous liens against its officers would cause it irreparable harm, because federal officers who face personal reprisal through encumbrance of their

---

    *    This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

property and damage to their credit record may be unable to enforce the internal revenue laws vigorously and evenhandedly.

D.   Plaintiff has demonstrated that it has no adequate remedy at law with respect to future frivolous lien filings, because it would suffer the irreparable harm described above during the time in which it would be required to apply to a court to have the lien filings stricken.

E.   The equities weigh in favor of Plaintiff because the Defendant has no basis for filing nonconsensual liens against federal officers. Furthermore, an injunction is in the public interest because it will help ensure that federal officers can apply the internal revenue laws free of retaliation and harassment by Defendant.

WHEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1)   It is hereby ORDERED that Defendant Oreplex International, LLC, as well as any person acting on its behalf, shall be, and hereby are, PERMANENTLY ENJOINED from filing any notices of lien, recording any documents, or otherwise taking any action in the public records which purports to name a federal officer as a debtor, appoint a federal officer as a trustee, or encumber the rights or the property of any federal officer. The injunction in this paragraph shall not apply if Oreplex International, LLC shall first have prior permission to record the document from a United States District Court, which permission shall also be recorded.

(2)   For the purposes of the preceding paragraph, "federal officer" shall mean any officer, employee, or agent of the United States or any of the agencies of the United States, or any judge, magistrate judge, judicial officer, or judicial employee of the United States, regardless

of whether the officer, employee, or agent is named personally, in his or her official capacity, or in any other capacity.

(3)  The Defendant is cautioned and advised that any violation of this injunction imposed by this Judgment may result in the imposition of appropriate civil or criminal sanctions as well as constituting contempt of court.

(4)  It is hereby ORDERED that the UCC Financing Statement, Filing Number 09-7215376393, is declared NULL, VOID, and of NO LEGAL EFFECT and shall be stricken and permanently EXPUNGED from the records of the Secretary of State for the State of California;

(5)  It is hereby ORDERED that the UCC Financing Statement, Filing Number 09-7215382259, is declared NULL, VOID, and of NO LEGAL EFFECT and shall be stricken and permanently EXPUNGED from the records of the Secretary of State for the State of California;

(6)  It is hereby ORDERED that the UCC Financing Statement, Filing Number 10-7222855375, is declared NULL, VOID, and of NO LEGAL EFFECT and shall be stricken and permanently EXPUNGED from the records of the Secretary of State for the State of California;

(7)  The United States may record this Judgment in the public records as necessary in order to effectuate paragraphs (1) through (6) of this Judgment.

Dated:  March 4, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge